UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                          Case No. 6:15-bk-02498-KSJ
                                                                                Chapter 7
WADE MARTIN ROME and
KATHLEEN MALONEY ROME,

            Debtors.
_____/

## TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional 3 days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Bradley M. Saxton, PO Box 1391, Orlando, FL 32802-1391 within the time allowed.

    If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    CARLA P. MUSSELMAN, Trustee of the Chapter 7 Bankruptcy Estate of WADE MARTIN ROME and KATHLEEN MALONEY ROME ("Trustee"), through counsel and pursuant to 11 U.S.C. § 522(l) and Rule 4003, Fed. R. Bankr. P., objects to the exemptions claimed by WADE MARTIN ROME and KATHLEEN MALONEY ROME ("Debtors") and states as follows:

    1.    The Debtors have elected both state and federal exemptions in violation of 11 U.S.C. § 522(b). One Debtor may not elect state exemptions while the other Debtor elects federal exemptions. The Trustee objects to all claimed federal exemptions of the Debtor, KATHLEEN

MALONEY ROME, as she is not entitled to claim the federal exemptions, while her husband claims exemptions under Florida. Alternatively, the Trustee objects to all claimed Florida exemptions by the Debtor, WADE MARTIN ROME, as he is not entitled to claim the Florida exemptions while his wife claims federal exemptions.

2. The Trustee therefore objects to all personal property exemptions claimed by the Debtors to the extent the property exceeds the value of the permitted exemptions under either Florida law or under the federal exemptions. Specifically, the Trustee objects to the Debtors' claimed exemptions in all of the following items, to the extent the true value of the items exceeds the exemptions allowed:

| Schedule C Type of Property - Item # (the item # refers to the item # in the Debtors' Schedule B) | Description | Claimed Value |
|---|---|---|
| 2 | Florida Bank of Commerce - Joint Checking | $145.00 |
| 3 | Lease security deposit - home | $1.00 |
| 3 | Lease security deposit - warehouse | $1.00 |
| 4 | bed, dresser, bench, nightstand, lamps, hutch ....... etc. | $1,797.50 |
| 5 | 2 large tapestries | $7,500.00 |
|   | Misc. non-collectible decorative art | $25.00 |
| 6 | Clothing | $150.00 |
| 7 | fur coat long mink, fur coast short mink, Rado watch, Roven Dino watch, Coach watch, gold ring with matching necklace, wedding ring, misc. costume jewelry | $1,465.00 |
| 8 | Sony Alpha 700 with bag and lenses, Taurus .380 | $500.00 |
| 8 | misc. firearm parts, components, etc. | $50.00 |

| | | |
|---|---|---|
| 9 | Term Life Insurance Policy with Northwestern Mutual | $1.00 |
| 11 | Florida Pre-Paid College | $13,531.65 |
| 11 | Scottrade Inc. IRA Rollover | $2.00 |
| 12 | Etrade Clearing, LLC IRA | $190.00 |
| 25 | 1998 Dodge Ram 1500 Truck | $500.00 |
| 25 | 2006 BMMF 4 Place Jet Ski Trailer | $375.00 |
| 25 | Single Place Jet Ski Trailer | $100.00 |
| 26 | 2007 Yamaha FX Waverunner - 12' | $1,400.00 |
| 26 | 2007 Yamaha FX Waverunner - 11' | $1,100.00 |
| 28 | misc paper, folders, boxes | $10.00 |
| 29 | Craftman 6 drawer toolbox, misc. hand tools, Delta chipsaw, ..... etc. | $315.00 |
| 35 | bicycles, 2 kayaks, misc. luggage, Bass Pro binoculars | $160.00 |

3.    The Trustee adopts and incorporates all objections, and support therefore, within the Objection to Debtors' Claim of Exemptions filed by the "Apex Creditors."

WHEREFORE, the Trustee respectfully requests that this Court enter an Order sustaining the Trustee's Objection and granting such other relief as is necessary and just.

Dated September 11, 2015.

/s/ Bradley M. Saxton
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
**WINDERWEEDLE, HAINES, WARD  & WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014 (facsimile)
Attorneys for Carla P. Musselman, Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2015, a copy of the foregoing has been furnished via:

*Electronic Transmission to:*

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801
Carla P. Musselman, Chapter 7 Trustee, 1619 Druid Road, Maitland, FL 32751
Jeffrey Ainsworth, Esquire, BransonLaw PLLC, 1501 E. Concord Street, Orlando, FL 32803
Robert B. Branson, Esquire, BransonLaw PLLC, 1501 E. Concord Street, Orlando, FL 32803

*United States Mail to:*

Wade Martin Rome and Kathleen Maloney Rome, 2085 Eastwood Drive, Merritt Island, FL 32952

    /s/ Bradley M. Saxton
Bradley M. Saxton , Esquire