[Doabtsty] [Order Abating Relief from Stay]

ORDERED.

Dated: September 18, 2015

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:15−bk−02498−KSJ
       Chapter 7

Wade Martin Rome

Kathleen Maloney Rome

       Debtor*       /

### ORDER ABATING MOTION FOR RELIEF FROM STAY

    THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Sandra H. Trudeau . Document 58 (the "Motion"). After a review of the Motion, the Court determines that the motion is deficient as follows:

☐ The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The Motion was filed without a signed and dated certificate of service as required by Local Rule 9013−1.

☑ The prescribed filing fee of $176.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.