**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

| | |
|---|---|
| **Wade Martin Rome** | **Case No: 6:15-bk-02498-KSJ** |
| **Kathleen Maloney Rome,** | **Chapter 7** |
| **Debtors.** | |

_____/

**WADE MARTIN ROME AND KATHLEEN MALONEY ROME'S RESPONSE IN**
**OPPOSITION TO TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT**

**COME NOW, Wade Martin Rome** and **Kathleen Maloney Rome**, by and through their undersigned attorney, and file this Response in opposition to Trustee's Objection to Property Claimed as Exempt ("Objection")[the "Response"], and in support hereof state as follows:

1. Deny.

2. Deny.

3. Without knowledge, therefore deny.

**GENERAL DENIAL**

To the extent an allegation, count or prayer for relief has not been expressly admitted above, Debtors deny each and every allegation, count and prayer for relief of Carla P. Musselman, Trustee.

**PREVAILING PARTY FEE REQUEST**

The Debtors have retained counsel and are obligated to pay said counsel a reasonable fee for their service. Pursuant to 11 United States Code § 105(a), in the event Debtors are the prevailing party, Debtors seek recovery of attorney's fees incurred herein against Carla P. Musselman, Trustee.

**Reservation of Rights with Leave of Court to Amend**

Debtors reserve the right, with proper leave of court, to amend their Response, and also to add any

further defenses, counterclaims, or cross-claims, as necessary.

**WHEREFORE**, **Wade Martin Rome** and **Kathleen Maloney Rome**, respectfully request this Honorable Court overrule Trustee's Objection to Property Claimed as Exempt, award Debtors their costs and attorneys' fees associated with defending this action, and grant such further relief this Court deems just and proper.

/s/ Jeffrey S. Ainsworth
_____
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: jeff@bransonlaw.com
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Second e-mail: shelly@bransonlaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**Wade Martin Rome**                                               **Case No: 6:15-bk-02498-KSJ**
**Kathleen Maloney Rome,**                                         **Chapter 7**

     **Debtors.**
_____/

**CERTIFICATE OF SERVICE**

     A true and correct copy of the above and foregoing has been furnished by either electronic transmission or U.S. Mail on this 2nd day of October, 2015, to: Gale M. Bobenhausen, Esquire, Law Office of Gale M. Bobenhausen, P.A., 28051 U.S. Highway 19 North, Suite, 107, Clearwater, Florida 33761; Carla P. Musselman, Trustee, 1619 Druid Road, Maitland, Florida 32751; Debtors; Cheryl Thompson, Esquire, Thompson Law Practice, 301 W. Platt Street, Suite 656, Tampa, Florida 33606; Bradley M. Saxton, Esquire, Winderweedle, Haines, Ward & Woodman, P.A., P.O. Box 1391, Orlando, Florida 32802; Jennifer L. Morando, Esquire Rosenthal Law Firm, 4798 New Broad Street, 310, Orlando, Florida 32814; and Bonnie L. Clair, Esquire, Summer Compton Wells, LCC, 8909 Landue Road, St. Louis, MO 63124.

                                              /s/ Jeffrey S. Ainsworth
                                              _____
                                              Jeffrey S. Ainsworth, Esquire
                                              **BransonLaw, PLLC**