ORDERED.

Dated:  December 02, 2015

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 6:15-bk-02498-KSJ |
| | Chapter 7 |
| WADE MARTIN ROME and | |
| KATHLEEN MALONEY ROME, | |
| | |
|     Debtors. | |
| _____/ | |
| CARLA P. MUSSELMAN, CHAPTER 7 | Adv. Proc. No. |
| TRUSTEE FOR THE ESTATE OF | |
| WADE MARTIN ROME AND | |
| KATHLEEN MALONEY ROME and | |
| ROBERT THOMAS, individually FREDERICK | |
| LAUFER, individually, and BRIAN KAUFMAN, | |
| individually, | |
| | |
|     Plaintiffs, | |
| | |
| v. | |
| | |
| WADE MARTIN ROME and | |
| KATHLEEN MALONEY ROME, | |
| | |
|     Defendants. | |
| _____/ | |

**AMENDED ORDER PARTIALLY GRANTING PLAINTIFFS'**
**VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER**

THIS adversary proceeding came on for hearing on November 3, 2015, upon Plaintiffs' Verified Motion For Temporary Restraining Order Without Notice And For Related Relief (the "Motion") filed under seal on October 30, 2015, by and on behalf of Carla P. Musselman, Chapter 7

Trustee (the "Trustee") and Robert Thomas, individually, Frederick Laufer, individually, and Pete Thomas, individually (collectively, the "Apex Creditors"), hereinafter referred to together as the "Plaintiffs." Bradley Saxton, Esquire, appeared on behalf of and with the Trustee and Cheryl Thompson, Esquire, appeared on behalf of the Apex Creditors. Having reviewed the Motion, the Adversary Complaint (the "Complaint"), and Supporting Affidavits and Unsworn Declaration (collectively, the "Affidavits") filed in this adversary proceeding, and having heard argument of counsel at the hearing, for the reasons stated on the record, the Court entered its "Order Partially Granting Plaintiffs' Verified Motion for Temporary Restraining Order" (the "TRO Order") on November 4, 2015. The Plaintiffs' and the Debtors appeared in Court on November 16, 2015, at the continued hearing on the Motion, and represented their consent and agreement to the entry of this "Amended TRO Order" as follows:

**ORDERED:**

1. Plaintiffs' Verified Motion For Temporary Restraining Order Without Notice And For Related Relief is hereby GRANTED in part as follows; and

2. The Debtors, their agents, employees, or attorneys (collectively, the "Enjoined Parties") and anyone who is acting in active concert or participation with the Enjoined Parties who receive actual notice of this order by personal service or otherwise are hereby enjoined from:

>    A.    Taking any action to transfer, liquidate, dispose of, store, encumber, or otherwise hide or convert any property in which the Debtors held or hold a pre-petition legal or equitable interest or the proceeds of the same that is property of the estate, regardless of whether such property is listed on the Debtors' schedules filed in their Bankruptcy Case;

      B.      Taking any action to destroy, transfer, corrupt, wipe, or otherwise render inaccessible any documents, papers, or electronic data originated by, or transmitted by or from the Debtors to third parties, on any computer or electronic device, including but not limited to computers, hard drives, servers, in the cloud, or on a mobile phone, iPad, or any such similar device, including but not limited to e-mail communications, text, or sms messages, photographs and the like;

      C.      Failing to cooperate with the Trustee and her agents and professionals in her efforts to identify, locate, and secure property of the estate, including any property in which the Debtors held or hold a pre-petition legal or equitable interest or the proceeds of the same that is property of the estate, regardless of whether such property is listed on the Debtors' schedules filed in their Bankruptcy Case.

3.      This order amends the TRO Order and otherwise continues the injunctive relief granted as of November 18, 2015 at 4:00 p.m.

4.      Service of the Amended TRO Order may be made by first class US mail service on any party having received actual notice by hand delivery or service of process of the TRO Order.

5.      This Amended TRO Order shall continue in full force and effect until such time as the Court conducts an evidentiary hearing on the Motion or any amendment thereto or the Parties stipulate to an agreement regarding the same that is executed and filed with the Court.

Bradley M. Saxton is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.