UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In the Matter of

ROME, WADE MARTIN
ROME, KATHLEEN MALONEY

      Debtors.
_____/

Case No. 6:15-bk-02498-KSJ
Chapter 7

## REPORT OF SALE

NOTICE IS GIVEN THAT on February 19, 2016, the sale of the estate's interest in the following described items were sold for a total of $900 to the debtors, Wade Martin Rome and Kathleen Maloney Rome. The sale was completed pursuant to the Notice of Intention to Sell Non-Exempt Property of the Estate at Private Sale dated December 24, 2015 (Doc. No. 132).

- Item #223 – One small GE refrigerator      $ 25.00
- Item #154 – Three stainless steel shelves      $ 75.00
- Item #195- Two 6' Liberty safes model LZ50, serial number L001591392 and L001434519, Lincoln Models      $500.00
- Item #128 – One stack on Elite safe      $300.00

        Total Sale Price      $900.00

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been sent by electronic filing to the United States Trustee's Office located at 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, and the Debtors, Wade and Kathleen Rome, 2713 Nottingham Court, Titusville, FL 32796, this February 20, 2016.

                        /s/ Carla Musselman, Trustee
                        Carla Musselman, Trustee
                        1619 Druid Road
                        Maitland, Florida 32751
                        Telephone (407) 657-4951