UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                                 Case No. 6:15-bk-02498-KSJ
                                                                                                Chapter 7

WADE MARTIN ROME and
KATHLEEN MALONEY ROME,

                Debtors.
_____/

**MOTION TO APPROVE SETTLEMENT
PURSUANT TO RULE 9019, FED. R. BANKR. P.**
(related to Adversary Proceeding No.: 6:17-ap-00040-KSJ)

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

     Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional 3 days for service if any party was served by U.S. Mail.

     If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Bradley M. Saxton, PO Box 880, Winter Park, FL 32790-0880, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

     If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

     CARLA P. MUSSELMAN, as the Chapter 7 Trustee for the Estate of Wade Martin Rome

and Kathleen Maloney Rome ("Trustee"), through counsel and pursuant to Rule 9019(a), Fed. R.

Bankr. P., moves to approve the settlement with VERNON ROME and RIKKI ROME (collectively

known as, "ROME"), and states:

### *Summary of Argument*

The Trustee seeks approval of a settlement with ROME, whom the Trustee has alleged received fraudulent transfers from the Debtors. The Trustee and ROME have settled the matter with ROME paying $15,000.00 to the Trustee. ROME has paid the $15,000.00 amount to the Trustee's Counsel's Trust Account. The settlement is fair and equitable and should be approved.

### *Introduction*

1. On March 23, 2015, Wade Martin Rome and Kathleen Maloney Rome ("Debtors") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

2. Carla P. Musselman is the duly appointed and acting Chapter 7 Trustee.

### *Jurisdiction and Venue*

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(e) and (f). Venue of this matter is appropriate with this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### *Background*

4. On March 22, 2017, the Trustee filed a complaint against ROME, commencing adversary proceeding number 6:17-ap-00040-KSJ (the "Adversary") in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, alleging fraudulent transfers from the Debtors to ROME.

5. The Trustee now seeks the Court's approval of this settlement pursuant to Rule 9019, Fed. R. Bankr. P.

### *The Settlement*

6. In an attempt to settle the allegations against ROME, and in light of the cost and time

involved associated with continued litigation, the parties have agreed as follows:

    a.    ROME will pay to the Trustee a total of $15,000.00 (the "Settlement Amount"). The settlement funds are being held in trust by Winderweedle, Haines, Ward & Woodman, P.A., to be held pending the approval of this settlement by the Bankruptcy Court. Upon entry of the order approving this settlement, the Settlement Amount shall be sent to the Trustee, made payable to Carla Musselman, Chapter 7 Trustee.

    b.    Upon approval of this settlement by the Court, the parties shall execute a standard form mutual general release.

    c.    The Trustee shall file a Notice of Dismissal of the Adversary with prejudice after approval of the settlement by the Bankruptcy Court.

### *Argument in Favor of Approval*

7.    By this Motion, the Trustee seeks Court approval of the settlement of the Adversary Proceeding for the total sum of $15,000.00, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, which authorizes a Bankruptcy Court to approve a compromise or settlement. The approval or rejection of a compromise or settlement is left to the sound discretion of the bankruptcy court, which should approve the settlement only if it is fair and equitable and in the best interest of the estate. In re Kay, 223 B.R. 816, 819 (Bankr. M.D. Fla. 1998) (Briskman, J.).

8.    Courts have relied on a number of factors in determining whether to approve a compromise or settlement pursuant to Rule 9019(a). These factor include: (a) the probability of success in the litigation; (b) difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved and the expense, inconvenience, and delay necessarily attending it (which should also include the possibility that denial of the settlement will cause depletion of estate assets); and (d) the paramount interest of the creditors and a proper deference to their reasonable views. In re Justice Oaks, II, Ltd., 898 F.2d 1544, 1549 (11th Cir. 1990), cert. denied sub

nom., Wallace v. Justice Oaks, II, Ltd., 498 U.S. 959 (1990); In re Kay, 223 B.R. at 820.

*Best Interest of the Estate*

9. The settlement between the Trustee and ROME is in the best interest of the estate because it relieves the estate from the uncertainties of litigation, and the additional costs and expenses involved with litigation, while maximizing the funds that flow to the estate. The amount sought in the Adversary Proceeding is $69,250.00, which amount was comprised of a $10,000.00 wire transfer to ROME, and multiple checks made payable to Vernon Rome totaling $59,250.00, all of which are transfers within four years of the petition date and the Trustee has asserted that these transfers are fraudulent transfers under the applicable provisions of the Bankruptcy Code. In light of the potential defenses that could be asserted with respect to each specific transfer, and the costs and uncertainty of litigation and collection where ROME has asserted that he does not have funds to satisfy a judgment, the Trustee believes the settlement is in the best interest of the estate.

10. Accordingly, Trustee submits that the settlement is within the best interest of the Debtors' estate and seeks the entry of an Order approving the settlement.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (i) approving the settlement; (ii) reserving jurisdiction to enforce the terms and conditions of the settlement and to otherwise resolve any disputes under or pertaining to the settlement; and (iii) providing for such

other and further relief as the Court deems just and proper.

    Dated August 1, 2017.

                                                                    */s/ Bradley M. Saxton*
                                                                    Bradley M. Saxton, Esquire
                                                                    Florida Bar No. 0855995
                                                                    bsaxton@whww.com
                                                                    **WINDERWEEDLE, HAINES, WARD**
                                                                        **& WOODMAN, P.A.**
                                                                    Post Office Box 880
                                                                    Winter Park, FL 32790-0880
                                                                    Telephone: (407) 423-4246
                                                                    Facsimile: (407) 645-3728
                                                                    Attorneys for Carla P. Musselman, Trustee

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 1, 2017, a true copy of the foregoing has been furnished via:

***CM/ECF to:***

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
Chapter 7 Trustee, Carla P. Musselman, 1619 Druid Road, Maitland, FL 32751
Jeffrey Ainsworth, Esquire, Branson Law PLLC, 1501 E. Concord Street, Orlando, FL 32803
Robert B. Branson, Esquire, Branson Law PLLC, 1501 E. Concord Street, Orlando, FL 32803
Cheryl Thompson, Esquire, Thompson Law Practice, P.A., 301 W. Platt Street, Suite 656, Tampa, FL 33606

***US Mail to:***

Wade Martin Rome and Kathleen Maloney Rome, 2713 Nottingham Court, Titusville, FL 32796
Mark P. Cressman, Esquire, Cressman Law Firm, 13350 W. Colonial Drive, Suite 350, Winter Garden, FL 34787-3998
Vernon Rome and Rikki Rome, c/o Mark P. Cressman, Esquire, Cressman Law Firm, 13350 W. Colonia Drive, Suite 350, Winter Garden, FL 34787-3998
All creditors and parties in interest listed on the mailing matrix attached to the original of this Motion

                                                                    */s/ Bradley M. Saxton*
                                                                   Bradley M. Saxton, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-02498-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Aug  1 13:22:04 EDT 2017 | John Beltramo, Trustee<br>c/o Gale M. Bobenhausen, Esq.<br>28051 US Hwy 19 North<br>Suite 107<br>Clearwater, FL 33761-2642 | Brian Kaufman<br>c/o Cheryl Thompson, Esquire<br>301 W. Platt Street<br>Suite 656<br>Tampa, FL 33606-2292 |
| Frederick Laufer<br>c/o Cheryl Thompson, Esquire<br>301 W. Platt Street<br>Suite 656<br>Tampa, FL 33606-2292 | Oscher Consulting, P.A.<br>One Tampa City Center<br>201 N. Franklin Street<br>Suite 3150<br>Tampa, FL 33602-5873 | Philip E Prewitt, LLC<br>The Rosenthal Law Firm PA<br>4798 New Broad Street Ste 310<br>Orlando, FL 32814-6436 |
| Polyidus Partners, LP<br>c/o Cheryl Thompson, Esquire<br>301 W. Platt Street<br>Suite 656<br>Tampa, FL 33606-2292 | Philip Prewitt<br>The Rosenthal Law Firm PA<br>4798 New Broad Street Ste 310<br>Orlando, FL 32814-6436 | Kathleen Maloney Rome<br>2713 Nottingham Court<br>Titusville, FL 32796-3783 |
| Wade Martin Rome<br>2713 Nottingham Court<br>Titusville, FL 32796-3783 | S&P Projects, LLC<br>The Rosenthal Law Firm PA<br>4798 New Broad Street Ste 310<br>Orlando, FL 32814-6436 | Cliff Shuler<br>Cliff Shuler, Auctioneers & Liquidators<br>422 Julia Street<br>Titusville, FL 32796-3523 |
| Robert Thomas<br>c/o Cheryl Thompson, Esquire<br>301 W. Platt Street<br>Suite 656<br>Tampa, FL 33606-2292 | Sandra H Trudeau<br>157 St. Croix Avenue<br>Cocoa Beach, FL 32931-3334 | AT&T Mobility<br>2321 N University<br>Lubbock TX 79415-1717 |
| Accounts Management Serv.<br>515 N. College Avenue<br>#A<br>Columbia, MO 65201-4790 | Advanced Disposal - Macon<br>PO Box 247<br>Macon, MO 63552-0247 | Advanta Bank Corp/cws<br>Po Box 31032<br>Tampa, FL 33631-3032 |
| Advanta Bank Corp/cws<br>Po Box 9217<br>Old Bethpage, NY 11804-9017 | Alliance One<br>4850 Street Road<br>Suite 300<br>Feasterville Trevos, PA 19053-6643 | Alliance One Rec. Man., Inc.<br>4850 Street Road<br>Suite 300<br>Trevos, PA 19053-6643 |
| Allied Business Accounts<br>300 1/2 South 2nd Street<br>Clinton, IA 52732 | Amercan Express Travel<br>Related Services 2301<br>Burlington Ste 270<br>Naples, FL 34116 | American Electronics<br>4760 S. 135th Street<br>Omaha, NE 68137-1652 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express<br>PO Box 6618<br>Omaha, NE 68106-0618 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Centurion B<br>c/o Kramer & Frank, PC<br>9300 Dielman Industrial<br>Suite 100<br>Saint Louis, MO 63132-2205 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |

| | | |
|---|---|---|
| American Express Travel<br>Related Services<br>2301 Burlington<br>Suite 270<br>Kansas City, MO 64116-3092 | American Exprress<br>PO Box 650448<br>Dallas, TX 75265-0448 | Anderson Financial<br>PO Box 3097<br>Bloomington, IL 61702-3097 |
| Andrea F. Rocco<br>Clerk of the Courts<br>1200 Ontario Street<br>Cleveland, OH 44113-1664 | Apex Creditors<br>Robert Thomas, Bryan Kaufman, and Freder<br>c/o Thompson Law Practice, PA<br>301 W. Platt Street, Suite 656<br>Tampa, Florida 33606-2292 | Apex Radiology, Inc.<br>100 North Biscaynce Blvd.<br>1607<br>Miami, FL 33132-2308 |
| Asset Acquisition Group, LLC<br>c/o Bermin & Rabin<br>PO Box 480707<br>Kansas City, MO 64148-0707 | Associated Recvoery Systems<br>A Division of National Serv.<br>PO Box 46904<br>Escondido, CA 92029-9046 | BAC Home Loan Serv.<br>18 Tapp Canyon<br>Simi Valley, CA 93063 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 | Bank of America<br>Attn: Correspondence Unit<br>CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 |
| Bank of America<br>c/o Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Barclay Ridge HOA<br>4501 N. Old Barclay Ridge Rd<br>Columbia, MO 65202-9846 | Benjamin Carl Struby, Atty<br>Millsap & Singer<br>612 Spirit Drive<br>St. Louis, MO 63005-1259 |
| Berlin - Wheeler, Inc.<br>711 West McCarly<br>Jefferson City, MO 65101-1543 | Berlin-wheeler,inc-mo<br>Po Box 463<br>Jefferson City, MO 65102-0463 | Berman & Rabin<br>P O Box 480707<br>Kansas City MO 64148-0707 |
| Berwin WH-MO<br>PO Box 463<br>Jefferson City, MO 65102-0463 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Boone Hospital Center<br>PO Box 957935<br>Saint Louis, MO 63195-7935 |
| Boyce Bynum Path Lab, PC<br>PO Box 7406<br>Columbia, MO 65205-7406 | Brandon T. Pittenger<br>PO Box 7410<br>Overland Park, KS 66207-0410 | Bratcher, Ryan Kirk<br>PO Box 480707<br>Kansas City, MO 64148-0707 |
| Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 | Brevard Phys Assoc. PLLC<br>P.O. Box 2400<br>Melbourne, FL 32902-2400 | Broadway Urgent Care<br>2003 West Broadway<br>Suite 100<br>Columbia, MO 65203-1136 |
| Browning, Jonathan Carroll<br>305 East McArthy<br>Suite 300<br>Jefferson City, MO 65101-3155 | Browning, Jonathan Carroll<br>305 East McCarty<br>Suite 300<br>Jefferson City, MO 65101-3155 | Bryan Ethan Brody<br>225 S. Meramec, Suite 1220<br>Clayton, MO 63105-3520 |

| | | |
|---|---|---|
| Bryan Kaufman<br>c/o Law Office Aaron Resnick<br>New World Tower<br>100 North Biscayne Blvd<br>Miami, FL 33132-2308 | CBE Group<br>PO Box 900<br>Waterloo, IA 50704-0900 | CBL Rolloff Containers, Inc<br>2801 Old 63 South<br>Columbia, MO 65201-5325 |
| Carson & Coil PC<br>Attorneys at Law<br>515 E High Street<br>Jefferson City, MO 65101-3261 | Cbe Hlthcare<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Century Link<br>PO Box 4300<br>Carol Stream, IL 60197-4300 |
| Chariton Valley<br>PO Box 790349<br>Saint Louis, MO 63179-0349 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank (USA), NA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank, NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Cheryl Thompson for<br>Robert Thomas, Frederick Laufer,<br>Brian Kaufman, et al<br>301 W. Platt Street, Suite 656<br>Tampa, Florida 33606-2292 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | CitiBank, NA<br>c/o LVNV Funding<br>c/o Resurgent Capital<br>PO box 10497 MS<br>Greenville, SC 29603-0497 | CitiBank, NA<br>c/o Rowatt, John B. Attorney<br>PO Box 480707<br>Kansas City, MO 64148-0707 |
| Citibank South Dakota<br>NA/CITI AT&T Universal<br>c/o Associated recovery Sys<br>PO Box 46904<br>Escondido, CA 92029-9046 | Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 | Collection Information Burea<br>202 N. Federal Highway<br>PO Box 1467<br>Lake Worth, FL 33460-1467 |
| Columbia Turf, LLC<br>7105 Henderson Road<br>Columbia, MO 65202-7842 | Conway & Blanck, LC<br>213 Main Street<br>P.O. Box 412<br>Boonville, MO 65233-0412 | Corelogic, Inc. - Teletrack<br>PO Box 204042<br>Dallas, TX 75320-4042 |
| Credit Management<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | Creditor Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225-1470 | Dach Oriental Imports<br>4491 Summer Avenue<br>Memphis, TN 38122-4122 |
| Daniel Grey Beckett, Esquire<br>PO Box 918<br>Columbia, MO 65205-0918 | Davidoff Law Firm, PLLC<br>100 North Biscayne Blvd.<br>Suite 1607<br>Miami, FL 33132-2308 | Davidoff Law Firm, PLLC<br>Attn.: Robert Thomas, III<br>100 North Biscayne Blvd.<br>Suite 1607<br>Miami, FL 33132-2308 |
| Department of Revenue<br>PO box 3800<br>Jefferson City, MO 65102-3800 | Dish Network<br>c/o GC Services<br>6330 Gulfton Street<br>Houston, TX 77081-1108 | Dish Network, LLC<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 |

| | | |
|---|---|---|
| Drew Eckl & Farnham, LLP<br>PO Box 7600<br>Atlanta, GA 30357-0600 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | EOS CCA<br>PO Box 981008<br>Boston, MA 02298-1008 |
| Edwin William Orr, Esquire<br>28 North Eighth Street<br>Columbia, MO 65201-7708 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Express Toll<br>E-470 Public Highway Authori<br>PO Box 5470<br>Denver, CO 80217-5470 | FIA Card Services, NA<br>c/o Midland Credit Mng, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | FPC Financial FSB<br>PO Box 6600<br>6400 NW 86th street<br>Johnston, IA 50131-2945 |
| Fia<br>PO Box 15710<br>Wilmington, DE 19886-5710 | First Source Advantage<br>7650 Magna Drive<br>Belleville, IL 62223-3366 | First Source Advantage<br>7650 Nagna Drive<br>Belleville, IL 62223-3366 |
| First USA<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | Firstsource Advantage<br>7650 Magna Dr<br>Belleville, IL 62223-3366 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 |
| Flagstar Bank<br>PO Box 371891<br>Pittsburgh  PA 15250-7891 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fred Cruse<br>The Cruse Law Firm, PC<br>718 Broadway<br>PO Box 914<br>Hannibal, MO 63401-0914 |
| Frederick Laufer<br>c/o Thompson Law Practice, PA<br>Att'n: Cheryl Thompson, Esq.<br>301 W. Platt Street, Suite 656<br>Tampa, Florida 33606-2292 | Frederick Laufer Laura Walsh<br>c/o Law Office Aaron Resnick<br>New World Tower, Ste 1607<br>100 North Biscayne Blvd.<br>Miami, FL 33132-2308 | GC Services<br>6330 Gulfton Street<br>Houston, TX 77081-1198 |
| GE Capital Retail Bank<br>c/o Total Card Inc.<br>PO Box 89725<br>Sioux Falls, SD 57109-9725 | GE Money Bank<br>C/o International Debt Resol<br>13809 Reasearch Blvd.<br>Suite 800<br>Austin, TX 78750-1211 | GFS, Inc.<br>101 S. Fifth Street<br>Belleville, IL 62223 |
| Gfs Inc.<br>101 S 5th St Ste 100<br>Columbia, MO 65201-4216 | Gusdorf, Randall Eliot, Atty<br>225 S Meramec<br>Suite 1220<br>Saint Louis, MO 63105-3520 | Health First<br>3300 Fiske Blvd.<br>Rockledge, FL 32955-4306 |
| Home Depot Credit Services<br>P O Box 183175<br>Columbus OH  43218-3175 | Impact Directories<br>12977 N. Outer 40 Drive<br>Suite 211<br>Saint Louis, MO 63141-8655 | Intermountain Healthcare<br>PO Box 1259<br>Dept #22928<br>Oaks, PA 19456-1259 |

| | | |
|---|---|---|
| Intermountian Healthcare<br>PO Box 30193<br>Salt Lake City, UT 84130-0193 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | International Debt Resolutio<br>Company Divine & Services<br>13809 Reasearch Blvd.<br>Suite 800<br>Austin, TX 78750-1211 |
| Irwin James Franklin Esq<br>9300 Dielmann Industrial Dr<br>Suite 100<br>Saint Louis, MO 63132-2205 | J. Holder Smtih, Jr., Atty<br>PO Box 3007<br>Valdosta, GA 31604-3007 | Jane M. Fortenberry<br>5050 Shelby 301<br>Clarence, MO 63437-3107 |
| John B. Rowatt, Esquire<br>PO Box 480707<br>Kansas City, MO 64148-0707 | John W. Beltramo, TEE<br>of John W. Beltramo REV<br>242 Eagle Court<br>Bloomingdale, IL 60108-1424 | John w. Beltramo<br>242 Eagle Court<br>Bloomingdale, IL 60108-1424 |
| Johnson Plumbing, LLC<br>3630 Majave Court<br>Suite 104<br>Columbia, MO 65202-4064 | Johnson Plumbing, LLC<br>3630 Mojave Court<br>Suite 104<br>Columbia, MO 65202-4064 | Jones, Schneider & Stevens<br>11 N. 17th Street<br>Columbia, MO 65201-2022 |
| Katherine Bohl, Esquire<br>800 Market Street<br>Suite 1660<br>Saint Louis, MO 63101-2504 | Kenneth Schutte<br>c/o Telecommunication<br>of Missouri, LLC<br>5633 N. O'Neil Road<br>Columbia, MO 65202 | Kenneth Schutte<br>c/o Total Communications<br>of Missouri, LLC<br>5633 N. O'Neil Road<br>Columbia, MO 65202 |
| LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC<br>Sutie 110<br>MS 576<br>Greenville, SC 29603 | Law Office of Aaron Resnick<br>Attn.: Jonathan Davidoff<br>235 Lincoln Road<br>Suite 310<br>Miami Beach, FL 33139-3141 |
| Law Offices of<br>Aaron R. Resnick, P.A.<br>New World Tower, Suite 1607<br>100 North Biscayne Blvd.<br>Miami, FL 33132-2304 | Linebarger Goggan Blair &<br>Sampson LLP<br>1515 Cleveland Place<br>Suite 300<br>Denver, CO 80202-5113 | Lori L. Hickerson, Attorney<br>609 Indian Trail<br>Hurst, TX 76054-2823 |
| Lvnv Funding Llc<br>C/o Resurgent Capi<br>P.o. Box 10497<br>Greenville, SC 29603-0497 | Lvnv Funding Llc<br>Suite 110<br>MS 576<br>Greenville, SC 29603 | M J Altman Companies I<br>112 E Fort King St<br>Ocala, FL 34471-2123 |
| MCM<br>Midland Credit Management In<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | MED DATA System<br>2150 15th Avenue<br>Vero Beach, FL 32960-3436 | MO Department of Revenue Bankruptcy Unit<br>MO Department of Revenue<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| Macon Chronicle Herald<br>PO Box 227<br>Canton  MO  63435-0227 | Macon Municipal Utilities<br>106 W. Bourke<br>PO Box 247<br>Macon, MO 63552-0247 | Macon Municipal Utilities<br>106 W. Bourke<br>PO Box 569<br>Macon, MO 63552-0569 |

| | | |
|---|---|---|
| Margaret Jane Fortenberry<br>5050 Shelby 301<br>Clarence, MO 63437-3107 | Mark Alan Ludwig Attorney<br>515 E High Street<br>PO Box 28<br>Jefferson City, MO 65102-0028 | Matthew Elliot Fine, Atty<br>11970 Borman Drive<br>Suite 250<br>Saint Louis, MO 63146-4153 |
| MedChoice<br>c/o Berwin WH - MO<br>PO Box 463<br>Jefferson City, MO 65102-0463 | Medical Revenue Service<br>515 N. College Avenue<br>#A<br>Columbia, MO 65201-4790 | Medical Revenue Service<br>PO Box 938<br>#A<br>Vero Beach, FL 32961-0938 |
| Merilee Ann Crockett, Esq.<br>705 East Walnut Street<br>Columbia, MO 65201-4448 | Michael B. Williams, Attorne<br>401 W. Elm Street<br>Shelbina, MO 63468-1058 | Mickey E. Waller, P.C.<br>24 1st Avenue, SE<br>PO Box 1237<br>Moultrie, GA 31776-1237 |
| Midland Credit Management<br>8875 Aero Drive<br>San Diego, CA 92123-2255 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Miller & Steeno, PC<br>11970 Borman Drive<br>Suite 250<br>Saint Louis, MO 63146-4153 | Missouri Department of Labor<br>PO Box 59<br>Jefferson City, MO 65104-0059 | Morris, Hardwick, Schneider<br>200 Jefferson Avenue<br>Sutie 1350<br>Memphis, TN 38103-2328 |
| Mortgage Electronic<br>Registration Systems Inc<br>nominee for Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | NSI Radiology<br>PO Box 400<br>Melbourne, FL 32902-0400 | NSI Radiology<br>PO Box 400<br>Palm Bay, FL 32910 |
| National Action Financial<br>165 Lawrence Bell Drive<br>Suite 100<br>Williamsville, NY 14221-7900 | National Action Financial Se<br>165 Lawrence Bell Drive<br>Suite 100<br>Buffalo, NY 14221-7900 | Northstar Location Serv<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 |
| Northstar Location Serv<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943 | Ntl Crdt Sys<br>117 E 24th St<br>New York, NY 10010-2937 | Optimum Outcomes, Inc.<br>7651 Warrenville Road<br>Suite 5<br>Downers Grove, IL 60515-5544 |
| Outfront Communications, LLC<br>DBA Inside Columbia Magazine<br>301 W. Broadway<br>Columbia, MO 65203-3305 | Palmer, Pamela J Butler<br>103 W 26th Avenue<br>Suite 210<br>Kansas City, MO 64116-3039 | Palmer, Pamela J Butler<br>103 W 26th Avenue<br>Suite 210<br>Saint Louis, MO 63146 |
| Paragon Revenue Group<br>216 LePhillip Court NE<br>Concord, NC 28025-2954 | Park City Ambulance<br>1175 Devin Drive<br>Suite 385<br>Muskegon, MI 49441-6079 | Park City Ambulance<br>1175 Devin Drive<br>Suite 385<br>Norton Shores, MI 49441-6079 |

Park City Ambulance Physicia
PO Box 95970
South Jordan, UT 84095-0970

Park City Medical Center
P.O. Box 25605
Salt Lake City, UT 84125-0605

Philip E. Prewitt, LLC
PO Box 482
Macon, MO 63552-0482


Phillip E. Prewitt
1403 Englewood Drive
Macon, MO 63552-2217

Phillip E. Prewitt LLC
PO Box 502
218 N Rollins
Suite 101
Macon, MO 63552-1562

Polyidus Partners, LP
PO Box 638
Thomasville, GA 31799-0638


Polyidus Partners, LP
c/o Thompson Law Practice, PA
301 W. Platt Street, Suite 656
Tampa, Florida 33606-2292

Pride Acquisitions LLC
c/o Randy Eliot Gusdorf Atty
225 S Meramec
Suite 1220
Saint Louis, MO 63105-3520

Pro Consulting Services, Inc
Collection Division
PO Box 66768
Houston, TX 77266-6768


Professional Account Service
PO Box 68
Brentwood, TN 37024-0068

Providence Bank
PO Box 105288
Jefferson City, MO 65110-5288

Radiology Assoc of Rockledge
PO Box 919346
Orlando, FL 32891-9346


Radiology Consultants Inc
PO Box 975
1502 E. Broadway
# 207
Columbia, MO 65201-8076

Radiology Consultants Inc.
PO Box 975
1502 E Broadway #207
Columbia, MO 65201-8076

Radiology Cunsultants, Inc
PO Box 975
1502 E. Broadway
# 207
Columbia, MO 65201-8076


Richard J. Boudreau & Assoc.
50 Tower Office Park
Woburn MA 01801-2113

Richard Milone, Attorney
PO Box 7410
Overland Park, KS 66207-0410

Rober Thomas
126 N. Broad Street
Thomasville, GA 31792-8132


Robert Thomas
126 N. Broad St
Thomasville, GA 31792-8132

Robert Thomas
c/o Law Office Aaron Resnick
New World Tower Ste 1607
100 North Biscayne Blvd.
Miami, FL 33132-2308

Robert Thomas, Fredrick
Laufer & Bryan Kaufman
c/o David Law Firm, PLLC
100 N Biscayne Blvd Ste 1607
Miami, FL 33132-2308


Rockledge HMA Urgent Care
PO Box 11407
Belfast, ME 04915-4005

Rowatt, John B, Attorney
PO Box 480707
Kansas City, MO 64148-0707

S&P Projects, LLC
218 N. Rollins
PO Box 502
Macon, MO 63552-0502


S&P Projects, LLC
218 N. Rollins, Ste 101
PO Box 502
Macon, MO 63552-0502

SRA Associates, Inc.
401 Minnetonka Road
Somerdale, NJ 08083-2914

Samaritan Hospital
1205 N. Missouri Street
Macon, MO 63552-2099


Scott Law Firm
201 Westwood Ave.
Columbia, MO 65203-2871

Scott Lee Templeton, Esq.
210 N. Elson
Suite A
PO Box K
Kirksville, MO 63501-1087

Shaffer & Associates
101 S Fifth Street
Suite 100
Columbia, MO 65201-4216

| | | |
|---|---|---|
| Singerman Mills, CPA<br>3333 Richmond Road<br>Suite 370<br>Beachwood, OH 44122-4196 | SiriusXM Satellite<br>PO Box 1783<br>South Hackensack, NJ 07606-0383 | Slater, Tenaglia, Fritz, & H<br>395 West Passaic Street<br>Suite 205<br>Rochelle Park, NJ 07662-3016 |
| Slater, Tenaglia, Fritz, & H<br>PO Box 5476<br>Mount Laurel, NJ 08054-5476 | Steven M Hamburg, Attorney<br>Suite 111<br>231 S. Bemiston Ave.<br>Saint Louis, MO 63105-1914 | Summit CO EMS<br>National Credit Systems, Inc<br>117E 24th Street 5th Floor<br>New York, NY 10010-2937 |
| TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 | THE CRUSE LAW FIRM PC<br>718 BROADWAY/PO BOX 914<br>HANNIBAL MO 63401-0914 | Teri L. Westbrook, Attorney<br>McNearney & Associates, LLC<br>6800 College Blvd, STE 400<br>PO Box 7410<br>Overland Park, KS 66207-0410 |
| The Brachfeld Law Group, PC<br>20300 S Vermont Avenue<br>Torrence CA 90502-1338 | The Kelly Law Firm<br>2400 East Commercial Blvd.<br>Coastal Tower - Suite 211<br>Fort Lauderdale, FL 33308-4026 | The Winkle Law Firm<br>101 E. Sheridan Street<br>PO Box 502<br>Macon, MO 63552-0502 |
| Total Card, Inc.<br>PO Box 89725<br>Sioux Falls, SD 57109-9725 | Total Commun. of Missouri<br>5633 N. O'Neal Road<br>Columbia, MO 65202-7275 | Transworld Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| UniFund CCR, LLC<br>10625 Techwood Circle<br>Cincinnati, OH 45242-2846 | University Physicians<br>PO Box 7687<br>Columbia, MO 65205-7687 | University of Missouri<br>Healthcare<br>PO Box 802728<br>Kansas City, MO 64180-2728 |
| Us Cellular<br>8410 W. Bryan Mawr<br>Suite 700<br>Chicago, IL 60631-3486 | Us Cellular<br>8410 W. Bryn Mawr<br>Suite 700<br>Chicago, IL 60631-3486 | Veolia ES Solid Waste<br>PO Box 247<br>Macon, MO 63552-0247 |
| Walter Bley, Esquire<br>1000 West Nifong<br>Building 4<br>Suite 200<br>Columbia, MO 65203-5615 | Wells Fargo Bank, NA<br>9062 Old Annapolis Road<br>Columbia, MD 21045-2479 | Whealen, William Francis, Jr<br>Miller & Steeeno<br>11970 Borman Dr, Ste 250<br>Saint Louis, MO 63146-4153 |
| William Francis Whealen Jr.<br>11970 Borman Drive<br>Suite 250<br>Saint Louis, MO 63146-4153 | Wuesthoff Memorial Rockledge<br>PO Box 741273<br>Atlanta, GA 30374-1273 | Young Thagard Hoffman Smith<br>801 Northwood Park Drive<br>PO Box 30007<br>Valdosta, GA 31602-1393 |
| Young, Thagard, Hoffman, Smi<br>801 Northwood Park Drive<br>PO Box 3007<br>Valdosta, GA 31604-3007 | Young, thagard, Hoffman, Smi<br>801 Northwood Park Drive<br>PO Box 30007<br>Valdosta, GA 31602-1393 | Zwicker & Associates, PC<br>80 Minuteman Road<br>Andover, MA 01810-1008 |

| | | |
|---|---|---|
| Carla P Musselman + <br> 1619 Druid Road <br> Maitland, FL 32751-4211 | Robert B Branson + <br> BransonLaw PLLC <br> 1501 E. Concord Street <br> Orlando, FL 32803-5411 | Bradley M Saxton + <br> Winderweedle, Haines, Ward & Woodman, PA <br> 329 Park Avenue North, Second Floor <br> Winter Park, FL 32789-7421 |
| Gale M Bobenhausen + <br> Law Office of Gale M Bobenhausen PA <br> 28051 U S Highway 19 North <br> Suite 107 <br> Clearwater, FL 33761-2642 | United States Trustee - ORL7/13 + <br> Office of the United States Trustee <br> George C Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Cheryl Thompson + <br> Thompson Law Practice, P.A. <br> 301 West Platt Street, Suite 656 <br> Tampa, FL 33606-2292 |
| Jeffrey Ainsworth + <br> BransonLaw PLLC <br> 1501 E. Concord Street <br> Orlando, FL 32803-5411 | Jennifer L Morando + <br> The Rosenthal Law Firm PA <br> 4767 New Broad Street <br> Orlando, FL 32814-6405 | C Andrew Roy + <br> Winderweedle, Haines, Ward & Woodman, PA <br> 329 Park Avenue, North <br> Second Floor <br> Winter Park, FL 32789-7408 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America <br> 4161 Piedmont Parkway <br> Greensboro, NC 27410-8110 | (d)Bank of America <br> 4161 Piedmont Pkwy. <br> Greensboro, NC 27410-8110 | (d)Bank of America <br> PO Box 982235 <br> El Paso, TX 79998-2235 |
| Bmw Financial Services <br> Attn: Bankruptcy Department <br> Po Box 3608 <br> Dublin, OH 43016 | Chrysler Financial <br> PO Box 9223 <br> Farmington, MI 48333 | (d)Chrysler Financial <br> PO Box 9223 <br> Farmington, MI 48333-9223 |
| (d)Chrysler Financial <br> Services American LLC <br> Assignee of Steve <br> PO Box 551080 <br> Jacksonville, FL 32255 | (d)Chrysler Financial <br> TD Auto Finance <br> Attn: Bankruptcy Dept <br> Po Box 551080 <br> Jacksonville, FL 32255 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann <br> Orlando | (d)Bratcher, Ryan Kirk <br> PO box 480707 <br> Kansas City, MO 64148-0707 | (d)Brevard Phys Assoc. PLLC <br> P.O. box 2400 <br> Melbourne, FL 32902-2400 |

| | | |
|---|---|---|
| (u)Bryan Kaufman | (d)Chase Bank USA, NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (d)EOS, CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 |
| (d)Eos Cca<br>Po Box 981008<br>Boston, MA 02298-1008 | (d)GFS, Inc.<br>101 s. Fifth Street<br>Belleville, IL 62223 | (d)Law Office of Aaron Resnick,<br>Attn.: Jonathan Davidoff<br>235 Lincoln Road<br>Suite 310<br>Miami Beach, FL 33139-3141 |
| (d)Outfront Communications, LLC<br>dba Inside Columbia Magazine<br>301 W. Broadway<br>Columbia, MO 65203-3305 | (d)Park city Ambulance Physicia<br>PO Box 95970<br>South Jordan, UT 84095-0970 | (u)Robert Thomas |
| (d)Rockledge HMa Urgent Care<br>PO Box 11407<br>Belfast, ME 04915-4005 | (d)SANDRA H TRUDEAU<br>157 ST CROIX AVE<br>COCOA BEACH FL 32931-3334 | End of Label Matrix<br>Mailable recipients   249<br>Bypassed recipients    14<br>Total                 263 |